UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

v.                               CASE NO. 2:22-CR-20027-001

LUIS SUBINO PEREZ                                                     DEFENDANT

## ORDER

The Court ADOPTS the report and recommendation (Doc. 17) entered in this case and accepts Defendant's plea of guilty to Count 4 of the indictment. The Defendant is hereby adjudged GUILTY of the offense.

IT IS SO ORDERED this 2nd day of February, 2023.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE